**Electronically Filed**
**Supreme Court**
**SCWC-16-0000200**
**23-MAY-2018**
**10:56 AM**

SCWC-16-0000200

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CAROLYN UYEDA and JAY UYEDA,
Petitioners and Respondents/Petitioners-Appellees,

vs.

EVAN SCHERMER,
Respondent and Petitioner/Respondent-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000200; CASE NO. 3SS 15-1-153K)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Respondent and Petitioner/Respondent-Appellant Evan

Schermer's application for writ of certiorari filed on April 15,

2018, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be

heard in this case.  Any party may, within ten days and pursuant

to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move

for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, May 23, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

